# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

DOUGLASS ROBINSON, Board of Trustees )
Chairman, and DAVID THARP, Board of Trustees )
Secretary, respectively, on behalf of INDIANA )
REGIONAL COUNCIL OF CARPENTERS )
PENSION TRUST FUND and INDIANA )
REGIONAL COUNCIL OF CARPENTERS )     No. 2:08 CV 109 PS
DEFINED CONTRIBUTION PLAN; DAVID )
THARP, Board of TrusteesChairman, on behalf of )
INDIANA CARPENTERS WELFARE FUND and )
INDIANA CARPENTERS APPRENTICESHIP )
FUND AND JOURNEYMAN UPGRADE )
PROGRAM; DOUGLAS J. McCARRON, Board of )
Trustees Chairman, on behalf of UNITED )
BROTHERHOOD OF CARPENTERS )
APPRENTICESHIP TRAINING FUND OF )
NORTH AMERICA; and INDIANA  REGIONAL )
COUNCIL OF CARPENTERS APPRENTICESHIP )
TRAINING FUND OF NORTH AMERICA; and, )
INDIANA/KENTUCKY REGIONAL COUNCIL )
OF CARPENTERS, )
 )
 )
Plaintiffs, )
 )
vs. )
 )
GARZA MAINTENANCE AND )
CONSTRUCTION, LLC and RICHARD GARZA, )
 )
Defendants. )

## OPINION AND ORDER

Plaintiffs' have moved for an Order of Default Judgment against Defendants Garza

Maintenance and Construction and Richard Garza. [DE 9].  In their application, Plaintiffs request

an award including $1,162.50 in attorneys' fees and $359.80 in costs.  Although attorney Paul

Berkowitz states in his affidavit that he attached a summary sheet of fees and costs to Plaintiffs'

application, the referenced documentation does not appear in the record.  Attorneys' fees are

determined through the assignment of a "lodestar" amount, calculated by multiplying the number of hours the attorney reasonably expended on the litigation times a reasonable hourly rate.  *Mathur v. Bd. of Trs. of S. Ill. Univ.*, 317 F.3d 738, 742 (7th Cir. 2003).  An award may be reduced if the documentation provided by the attorney is inadequate.  *Hensley v. Eckerhart*, 561 U.S. 424, 433 (1983).

Accordingly, Plaintiffs are **ORDERED** to produce documentation in support of its request for fees and costs by no later than **July 31, 2008**.  Failure to do so may result in the reduction of awards given, if any.

**SO ORDERED**.

ENTERED: July 21, 2008

s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT

2